IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE L. DAVIS, | No. CIV S-11-2296-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| HIGH DESERT STATE PRISON, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.  Pending before the court are two motions for temporary restraining orders (Docs. 14, 15).

Plaintiff filed this action while housed at High Desert State Prison (HDSP).  His main claim is that he was denied proper medical treatment during his time at HDSP.  The defendants named in his complaint are all employed at HDSP.  After filing his complaint, plaintiff was transferred to Corcoran State Prison, which is where he is currently being housed. He is requesting the court enter a temporary restraining order, ordering the medical providers at

1

Corcoran State Prison to provide him adequate medical care.

Where a prisoner is seeking injunctive relief with respect to conditions of confinement, the prisoner's transfer to another prison renders the request for injunctive relief moot, unless there is some evidence of an expectation of being transferred back. See Prieser v. Newkirk, 422 U.S. 395, 402-03 (1975); Johnson v. Moore, 948 F.3d 517, 519 (9th Cir. 1991) (per curiam). Here, this mistreatment plaintiff complains of in his complaint occurred at HDSP. As he is no longer housed there, and there is no indication that plaintiff is likely to be transferred back, his request is moot. In addition, the request for injunctive relief names individuals who are not named as defendants in this action. This court is unable to issue an order against individuals who are not parties to a suit pending before it. See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969). The request must, therefore, be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for temporary restraining orders, or preliminary injunction, (Docs. 14, 15) are denied.

DATED: September 18, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE