1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

TERRENCE L. DAVIS,                                           No. 2:11-cv-2296-GEB-CMK-P

        Plaintiff,

    vs.                                                          <u>ORDER</u>

HIGH DESERT STATE PRISON,
et al.,

        Defendants.

_____/

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.   Pending before the court is plaintiff's third request for additional time to respond to the pending motion for summary judgment.

        Plaintiff indicates he is continuing to have difficulty with access to the prison library.  He is requesting an additional 30 days.  Good cause appearing therefor, plaintiff's request for additional time to respond to defendants' motion for summary judgment will be granted.  This will be plaintiff's final extension.  If plaintiff does not file a response to the motion within the time set herein, the court will address the motion without his response.  The court requests that defendants do what they can to make sure plaintiff is not being blocked from library use, assuming he is following proper procedures to access the library.

1

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's request for additional time (Doc. 83) is granted; and

2.      Plaintiff's opposition to defendants' motion for summary judgment shall be filed within 30 days of the date of this order.

DATED:  September 9, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE