IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE L. DAVIS, | No. CIV S-11-2296-GEB-CMK-P |
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATION |
| HIGH DESERT STATE PRISON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for injunction (Doc. 94).

Plaintiff appears to be concerned about his property, all of which was not transferred with him upon his most recent transfer. This includes plaintiff's personal property as well as his legal property. The individuals identified in his motion, however, are not parties to this action.

To the extent plaintiff's motion is a request for injunctive relief against individuals who are not named as defendants in this action, this court is unable to issue an order against individuals who are not parties to a suit pending before it. See Zenith Radio Corp. v.

Hazeltine Research, Inc., 395 U.S. 100, 112 (1969).  The request must, therefore, be denied.  However, to the extent plaintiff is requesting additional time to file objections to the pending findings and recommendations, he will be allowed one extension of time.  Plaintiff is cautioned, however, that the court is not inclined to grant multiple extensions of time.  If plaintiff intends to file objections to the pending findings and recommendation, he must do so within the time provided herein.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted an additional 20 days in which to file objections to the pending findings and recommendations.

In addition, based on the foregoing, the undersigned recommends that plaintiff's motion for injunction (Doc. 94) be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the court.  Responses to objections shall be filed within 14 days after service of objections.  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 1, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE